IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01737-MEH

SARAH DART, and
JERRY DART,

      Plaintiffs,

v.

TFORCE ENERGY SERVICES, INC., and
MATTHEW STEWART,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2014.**

      Defendant's Unopposed Motion to Amend the Scheduling Order [filed October 21, 2014; docket #27] is **granted**.  For good cause shown, paragraph 9 of the Scheduling Order in this case shall be modified as follows:

b.      Discovery Cut-off: March 20, 2015.

c.      Dispositive Motions Deadline: April 22, 2015.

d.      Expert Witness Designations:

      3.      Parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 16, 2015.

      4.      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 16, 2015.

f./g.      Deadlines to serve Interrogatories, Requests for Production of Documents, and/or Requests for Admissions: January 16, 2015.