IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01737-MEH-KLM

SARAH DART, and
JERRY DART,

    Plaintiffs,

v.

TFORCE ENERGY SERVICES, INC.,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE
---

    Before the Court is a Stipulated Motion to Dismiss with Prejudice [filed June 5, 2015; docket #42]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 8th day of June, 2015.

                                        BY THE COURT:

                                        */s/ Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge